| | |
|---|---|
| 1 | CRAIG G. STAUB, Bar No. 172857 |
| | cstaub@littler.com |
| 2 | CRISTEN R. HINTZE, Bar No. 318231 |
| | chintze@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
| | 633 West 5th Street, 63rd Floor |
| 4 | Los Angeles, CA 90071 |
| | Telephone: 213.443.4300 |
| 5 | Fax No.: 213.443.4299 |

Attorneys for Defendant
PPG INDUSTRIES, INC.

EVERVARDO VARGAS VALENCIA, Bar No. 131412
  valenciambv@aol.com
LAW OFFICES OF EVERVARDO VARGAS VALENCIA
601 South Brand Boulevard, Suite 200
San Fernando, CA 91340
Telephone: 818.361.6662

Attorneys for Plaintiff
SAUL LEMUS

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL LEMUS, an individual, et al., | Case No. 2:18-CV-08598-R-SK |
| Plaintiffs, | *ASSIGNED TO HON. GARY KLAUSNER AND MAGISTRATE STEVE KIM* |
| v. | |
| PPG INDUSTRIES, INC. and DOES 1 to 100 inclusive,, | **ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUIDCE** |
| Defendants. | |
| | Trial Date: October 8, 2019 |
| | Complaint Filed: August 7, 2018 |

Pursuant to the stipulation of Plaintiff SAUL LEMUS and Defendant PPG INDUSTRIEIS, INC., the Court hereby dismisses the above-entitled action, in its entirety, with prejudice. Each party shall bear their own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: September 9, 2019

_____
HON. GARY KLAUSNER
U.S. DISTRICT COURT JUDGE

4840-5600-4516.1 034801.2174